458 A.2d 259

Commonwealth v. Husovsky, Appellant.
Petition for Allowance of Appeal
Denied Sept. 12, 1983.

Argued March 9, 1982. Nicholas M. Zanakos, for appellant; Mark S. Refowich, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, CIRILLO and LIPEZ, JJ.

Judgment of sentence affirmed.